IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs                                                COURT NO. 4:08-mj- 228  GMF

DAVID B. FREEMAN

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION NO. 1466719

That on or about September 28, 2008, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, DAVID B. FREEMAN, did unlawfully drive and was in actual physical control of a motor vehicle while under the influence of alcohol to wit:  .105 grams; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

COUNT II

VIOLATION NO. 1821763

That on or about September 28, 2008, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, DAVID B. FREEMAN, did unlawfully fail to operate a motor vehicle upon the roadway laned for traffic; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-48.

## COUNT III

### VIOLATION NO. 1466718

That on or about September 28, 2008, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, DAVID B. FREEMAN, did unlawfully fail to obey a traffic control device, to wit: red light; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-20.

## COUNT IV

### VIOLATION NO. 1821762

That on or about September 28, 2008, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, DAVID B. FREEMAN, did unlawfully drive a motor vehicle without a valid driver's license; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-5-20(a).

MAXWELL WOOD
UNITED STATES ATTORNEY

By: DAVID J. LONG
SPECIAL ASSISTANT U.S. ATTORNEY